# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHELLE QUINTANA § | |
| § | Civil Action No. 4:19-CV-695 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| UNITED STATES OF AMERICA § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 17, 2020, the report of the Magistrate Judge (Dkt. #13) was entered containing proposed findings of fact and recommendations that Plaintiff's construed Motion for Return of Property (Dkt. #1) be denied, Defendant United States of America's Motion to Dismiss (Dkt. #10) be granted, and Plaintiff's claims be dismissed pursuant to 21 U.S.C. § 853.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's construed Motion for Return of Property (Dkt. #1) is **DENIED**, Defendant United States of America's Motion to Dismiss (Dkt. #10) is **GRANTED**, and Plaintiff's claims are **DISMISSED** pursuant to 21 U.S.C. § 853.

Any relief not granted herein is **DENIED**.

The Clerk of the Court is directed to close this case.

**SIGNED this 21st day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE